**DISMISS and Opinion Filed September 27, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00519-CV**

**RUSSELL ELRICH JULIAN, Appellant**
**V.**
**QIN GU, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00976-2022**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Goldstein
Opinion by Justice Schenck

Appellant has filed a motion requesting dismissal of his appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

220519F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

RUSSELL ELRICH JULIAN,
Appellant

No. 05-22-00519-CV      V.

QIN GU, Appellee

On Appeal from the County Court at
Law No. 3, Collin County, Texas
Trial Court Cause No. 003-00976-
2022.
Opinion delivered by Justice
Schenck, Justices Reichek and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered September 27, 2022.